■ ANTHONY ABBONDONDOLO, Individually and as Executor of MICHAEL ABBONDONDOLO, Deceased, Respondent-Appellant, v. MARY ABBONDONDOLO et al., Appellants-Respondents.— Resettled judgment of the Supreme Court, Nassau County, dated June 14, 1966, and order of said court dated May 12, 1966 and made upon plaintiffs' motion affirmed insofar as appealed from, without costs.

744

No opinion. Appeal from original judgment dated April 14, 1966 dismissed, without costs. The original judgment was superseded by the resettled judgment. Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.